# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DERRICK ALAN WILSON, JR.,

        Plaintiff,

v.

MILWAUKEE COUNTY,

        Defendant.

Case No. 18-CV-241-JPS

**ORDER**

        Plaintiff, Derrick Alan Wilson, Jr. ("Wilson"), proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 alleging that his civil rights were violated. (Docket #1). The Court screened Wilson's original complaint on February 28, 2018. (Docket #4). The Court identified numerous deficiencies in the complaint and ordered Wilson to submit an amended complaint. *Id.*; (Docket #6). Wilson submitted two amended complaints in rapid succession, (Docket #8, #9), leaving the Court to screen the later-filed of the two, (Docket #11 at 1).

        In screening the second amended complaint, the Court explained several lingering deficiencies in Wilson's pleading. *Id.* at 5–7. The Court gave Wilson until May 15, 2018 to file a third amended complaint, and later extended that deadline to May 21, 2018. (Docket #13). The Court warned Wilson that if he did not file a third amended complaint by that deadline, his case would be dismissed without further notice. *Id.* at 2. The May 21 deadline has passed and the Court has not received a third amended complaint or any other communication from Wilson. Consequently, this action will be dismissed. Civ. L. R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 29th day of May, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge